BEATRICE P. NUGENT v. WILLIAM E. SMITH and Others.— Motion granted; question certified. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

LILYAN M. STOKES and Others, as Executors, etc., v. WILLIAM E. D. STOKES.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

WILLIAM H. MAHON v. SIGMUND ORBACH.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

RAW SILK TRADING CO., INC., v. HARRY KATZ and Others.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

EDITH K. GOULD v. FRANK J. GOULD.— Motion granted. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

ABRAHAM WOLKOFF and Others v. FRANK BADER, Impleaded, etc.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

WILLIAM OLECK v. ALEXANDER H. DEBSKI.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

HECTOR M. HITCHINGS, as Trustee, etc., v. THE LEHIGH VALLEY COAL COMPANY.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

THOMAS CUSACK COMPANY v. CHARLES L. CRAIG, as Comptroller of the City of New York, and Others.— Motion denied, with ten dollars costs. Motion to resettle order denied. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

ALEXANDER P. KAPLAN v. MORITZ MULDBERG.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

MAE ROLLE v. EDWARD F. ROLLE.— Motion granted; question certified. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

GASTON JAILLET v. JOSEPH CASHMAN, as Treasurer, etc.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

ANNETTA GARMENT COMPANY v. KURLANDER BROTHERS and HARFIELD CLOAK AND SUIT COMPANY.— Motion granted. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

MAY S. PELZER, as Administratrix, etc., v. RAYMOND A. PERRY.— Motion granted. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

MAY S. PELZER, as Administratrix, etc., v. RAYMOND A. PERRY.— Motion granted. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

MAY S. PELZER, as Administratrix, etc., v. UNITED DREDGING COMPANY.— Motion granted. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

MAY S. PELZER, as Administratrix, etc., v. UNITED DREDGING COMPANY.— Motion granted. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

NINTH AVENUE RAILROAD COMPANY v. FORTY-SECOND STREET, MANHATTANVILLE AND ST. NICHOLAS AVENUE RAILWAY COMPANY and Others.— Motion for stay pending appeal granted. Settle order on notice. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.